MARIE E. ZIESEL, respondent,

*v.*

WILLIAM ZIESEL, appellant.

[Decided November 22d, 1923.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *93 N. J. Eq. 153.*

*Mr. D. Trueman Stackhouse,* for the appellant.

*Messrs. Leap, Sharpless & Way,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion of Vice-Chancellor Leaming.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, KATZENBACH, WHITE, WILLIAMS, ACKERSON, VAN BUSKIRK—12.

*For reversal*—None.